**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marty GIVENS, Defendant–Appellant.**

No. 06–12710
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 6, 2006.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Maurice C. Grant, II, James H. Burke, Jr., Federal Public Defender, Jacksonville, FL, for Defendant–Appellant.

Before HULL, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Maurice Grant, appointed counsel for Marty Givens on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Givens's convictions and sentences are **AFFIRMED.**